## Case No. 2,533.

### The CAYENNE.

[The case reported under above title in 7 Phila. 550, is the same as Case No. 5,941.]